# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FERNANDO CAMACHO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>P & M HOLDINGS,<br><br>　　　　　Defendant. | 2:14-cv-01874-RFB-VCF<br>**ORDER** |

Before the court is the Motion for Temporary Stay of Proceedings (#15).

IT IS HEREBY ORDERED that a hearing on the Motion for Temporary Stay of Proceedings (#15) is scheduled for 2:00 p.m., April 2, 2015, in courtroom 3D.

DATED this 20th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE