UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| FERNANDO CAMACHO, | ) | |
| | ) | Case No.: 2:14-cv-01874-RBF-VCF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE** |
| | ) | |
| P & M HOLDINGS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Before the Court for consideration is the Report and Recommendation (ECF No. 29) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered June 9, 2015.

    A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

. . .

Pursuant to Local Rule IB 3-2(a), objections were due by June 26, 2015. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation(s) that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice.

Therefore, the Court has determined that Magistrate Judge's Recommendation should be **ACCEPTED and ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 29) is **ACCEPTED and ADOPTED in full.**

**IT IS ORDERED** Plaintiff's Complaint (ECF No. 1) de dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve this Order on the persons and respective addresses noted in the Report and Recommendation. The Clerk shall enter judgment accordingly and close the case.

DATED this 3rd day of August, 2015.

_____
RICHARD F. BOULWARE, II
United States District Court